**Order entered November 21, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00317-CR

### HAKEEM GRIFFINWHITE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-75362-W**

## ORDER

We **REINSTATE** this appeal.

We abated for a hearing to determine why appellant's brief, originally due August 31, 2019, has not been filed. On November 12, 2019, a supplemental clerk's record containing the trial court's written findings and recommendations was filed. We **ADOPT** the trial court's findings that (1) appellant wishes to prosecute this appeal; and (2) appellant is indigent and is represented by Daniel Oliphant who has not filed a brief due to his heavy workload. The trial court recommended Mr. Oliphant be given sixty additional days in which to file a brief.

We **ORDER** appellant's brief filed **by 5:00 p.m. on January 10, 2020**. Should Mr. Oliphant fail to do so, the Court will take whatever action it deems appropriate, which may include ordering that Daniel Oliphant be removed as appellant's appointed attorney without

further notice and ordering the trial court to appoint new counsel to represent appellant on appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tracy Homes, Presiding Judge, 363rd Judicial District Court; to Daniel Oliphant; and to the Dallas County District Attorney's Office.

/s/  ROBERT D. BURNS, III
    CHIEF JUSTICE